464

STATE OF HAWAII *v.* W. TIN YAN, ET AL.

No. 4151.

AUGUST 17, 1960.

TSUKIYAMA, C. J., MARUMOTO, WIRTZ, JJ., CIRCUIT JUDGE
JAMIESON IN PLACE OF CASSIDY, J., DISQUALIFIED,
AND CIRCUIT JUDGE MCKINLEY IN PLACE OF
LEWIS, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Kazuhisa Abe* for the petition.